CAPITAL REALTORS, INC., Respondent, v. G. & G. ELECTRIC SUPPLY Co., INC., Appellant, and JACOB L. STEPPER and Others, Defendants.— Order denying appellant's motion to dismiss complaint as against it reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs,

upon the ground that the complaint fails to state a cause of action against it. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.